**Martin WERNER, Plaintiff-Appellant,**

v.

**Donald J. TRUMP, U.S. President; Elisabeth Devos, U.S. Education Secretary; Rex Tillerson, U.S. Secretary of State; James Risch, U.S. Senator; Mark R. Warner, U.S. Senator; Eliza-beth Warren, U.S. Senator; Richard Blumenthal, U.S. Senator; U.S. Executive Branch; U. S. Legislature, Defendants-Appellees.**

**No. 17-2024**

United States Court of Appeals, Fourth Circuit.

Submitted: November 16, 2017

Decided: November 20, 2017

Martin Werner, Appellant Pro Se.

Before GREGORY, Chief Judge, and TRAXLER and KEENAN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Martin Werner appeals the district court's order dismissing his civil action pursuant to 28 U.S.C. § 1915(e)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Werner v. Trump*, No. 2:17-cv-00396-RGD-RJK (E.D. Va. filed July 31, 2017 & entered Aug. 1, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*